UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JAN 1 0 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR 12-20006 |
| v. | IN VIOLATION OF: |
| | Title 29, United States Code, |
| NATASHA J. BEVER, | Section 501 (c); Title 29, United States Code 439 (c). |
| Defendant. | |

## INDICTMENT

The GRAND JURY charges:

1. At times material to this indictment:

    a. The Communication Workers (CWA), AFL-CIO Local 4202 ("Local 4202"), 201 E. Sangamon Ave, Suite 107, Rantoul, IL was a "labor organization" engaged in an industry effecting commerce within the meaning of Title 29 U.S.C. § 402. Local 4202 represents approximately 1400 to 1500 people employed at AT & T Mobility LLC and AT & T Land Line, formerly known as Cingular Wireless LLC. AT &T Mobility LLC transmits dues check off remittances collected from the membership directly to the International Union. The International Union directly deposits 60% of the dues collected to Local 4202's bank account at First Midwest Bank, located in Morris, Illinois.

    b. Local 4202 is governed by the CWA Local 4202 Bylaws and the CWA Constitution . The CWA International Constitution provides for local union officer position of President, Vice President, Secretary-Treasurer or Secretary and Treasurer. The CWA Local 4202 Bylaws dated June 28, 2004, amended in 2007 and

2008, identifies the Local officer positions as: President, Executive Vice President, Secretary and Treasurer.

    c.     The CWA Local 4202 Bylaws define the duties of the Locals Treasurer: a) be custodian of all assets of the Local; b) report to each membership meeting on the financial status of the Local; c) be bonded, as must any person who handles Local funds for other property; d) cause the payment of all bills approved by the Local President; e) perform such other duties as may be assigned by the Local, the Executive Board or the President.

    d.     The Secretary-Treasurer receives a gross monthly salary of $400. The Secretary receives a gross monthly salary of $200 and the Treasurer receives a gross monthly salary of $200.

    e.     Lost wages are compensated to officers and employees for wages lost while conducting union business. The 2001 CWA Labor Agreement limits union representation activities to 200 hours of time off per calendar year with a provision for union representatives in Illinois to be granted up to 400 hours per calendar year for union activities concerning representation. The 2005 CWA Labor Agreement limited union representation activities to 240 hours per calendar year and with provisions allowing for a maximum of 800 hours per calendar year. Lost time is paid at the hourly rate for the employee, with the exception of the union President. Claims for lost time are requested in advance by the employee for conducting union business. Vouchers and employer records are maintained for lost time claims.

    f.     The Local 4202's records are maintained for five years as required by the LMRDA Section 206. The Local must file form LM-2, Labor Organization

Annual Report every year. The LM-2 is signed by the President and the Treasurer anD the signer attests that under penalty of perjury and other applicable penalties of law, that all the information submitted in the report has been examined by the signatory and is, to the best of the undersigned individuals' knowledge and belief, true, correct and complete.

2. Natasha J. Bever was appointed and subsequently elected to the position of Treasurer of Local 4202 and served from 2004 to 2009. She was also a Chief Steward for the Local for part of the year in 2004. Bever is listed as the Treasurer in the annual LM-2 reports filed by the Local with the Department of Labor for fiscal years 2004 to 2009, and Bever signed the annual LM-2 reports for fiscal years 2004 to 2008. Bever was a signer on Local 4202 union checks and prepared monthly financial reports.

3. From January 2004 through January 2009, Bever issued payroll checks to herself from the Local's payroll account that were not authorized and exceeded the maximum amount of hours payable for union activity per the labor agreement.

4. On or about January 2004, continuing to on or about January 2009, in Champaign County, in the Central District of Illinois and elsewhere,

**NATASHA J. BEVER**

the defendant herein, embezzled, stole and unlawfully and willfully abstracted and converted to her own use, the money, funds, securities, property and other assets of a labor organization, that being Communication Workers (CWA), AFL-CIO Local 4202, for which she was the Treasurer, an officer, in that Bever caused payroll checks to

which she was not entitled to be issued to herself, causing excess wages of approximately $117, 378.

All in violation of Title 29, United States Code, Section 510 (c).

A TRUE BILL.

s/ Foreperson

FOREPERSON

s/Matthew J. Cannon

For JAMES A. LEWIS
UNITED STATES ATTORNEY
RHC